B1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>District of Delaware | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Total Waste Logistics LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**FDBA Penn Ohio Facility** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Social Security or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all):<br>**03-0435991** | Last four digits of Social Security or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**7555 North Street**<br>**Negley, OH 44441**  ZIP CODE **44441-0000** | Street Address of Joint Debtor (No. & Street, City, and State):  ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Columbiana** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**7131 Akron-Canfield Road**<br>**Canfield, OH 44406**  ZIP CODE **44406-0000** | Mailing Address of Joint Debtor (if different from street address):  ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [X] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [X] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [X] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [X] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [X] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:** **Chapter 11 Debtors**
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [X] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**  THIS SPACE IS FOR COURT USE ONLY
- [X] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| [ ] | [ ] | [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Debts**

| [ ] | [ ] | [ ] | [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Total Waste Logistics LLC** | | |
|---|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | | |
| Location Where Filed:  - None - | Case Number: | | Date Filed: |
| Location Where Filed: | Case Number: | | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | | |
| Name of Debtor: - None - | Case Number: | | Date Filed: |
| District: | Relationship: | | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br>X _____<br>Signature of Attorney for Debtor(s)    Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
*Check all applicable boxes.*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Total Waste Logistics LLC** |
|---|---|

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br>X _____<br>   Signature of Debtor<br>X _____<br>   Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>   Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |
| **Signature of Attorney***<br>X **/s/ Michael J. Barrie**<br>Signature of Attorney for Debtor(s)<br>**Michael J. Barrie DE #4684**<br>Printed Name of Attorney for Debtor(s)<br>**Benesch Friedlander Coplan & Aronoff LLP**<br>Firm Name<br>**222 Delaware Avenue**<br>**Suite 801**<br>**Wilmington, DE 19801-1611**<br>Address<br>**(302) 442-7010 Fax: (302) 442-7012**<br>Telephone Number<br>**March 16, 2010**<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer**<br><br>I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br>X _____<br><br>_____<br>Date |
| **Signature of Debtor (Corporation/Partnership)**<br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br>X **/s/ Peter Hornick**<br>Signature of Authorized Individual<br>**Peter Hornick**<br>Printed Name of Authorized Individual<br>**Manager**<br>Title of Authorized Individual<br>**March 16, 2010**<br>Date | Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

# TOTAL WASTE LOGISTICS LLC
# CERTIFICATE OF MANAGER

I, Peter Hornick, the duly appointed and acting Manager of Total Waste Logistics LLC, a Delaware limited liability company ( "Company"), do hereby certify as follows:

1. I am the acting Manager of the Company pursuant to that Amended and Restated Operating Agreement dated as of January 1, 2007 ("Agreement") by and between the Company and me.

2. The Agreement provides that "The business affairs of the Company shall be managed by the Manager. The Manager shall have the power to do any and all acts necessary or convenient to or for the furtherance of the purposes described herein, including all powers, statutory or otherwise, possessed by managers under the Limited Liability Company Law of the State of Delaware".

3. It is my good faith business judgment that it is in the best interest of the Company to seek relief under the United States Bankruptcy Code, 11 U.S.C. 101 et seq. ("Bankruptcy Code").

4. I certify that I am authorized and herby intend (i) to prepare and file on behalf of the Company a petition for relief under Chapter 11 of the Bankruptcy Code; (ii) to execute on behalf of the Company petitions, schedules and statements necessary or appropriate in connection therewith; (iii) to prepare and propose to creditors of the Company a plan that is feasible and in the best interest of both the Company and its creditors; (iv) to engage as bankruptcy counsel the law firm of Posternak Blankstein & Lund LLP and Robert Somma, Esq. of that firm and as local counsel the law firm Benesch Friedlander Coplan & Aronoff LLP and Michael J. Barrie, Esq. of that firm, in each case under general

retainer or such other terms and conditions as may be mutually acceptable to represent the Company in all proceedings commenced under or resulting from the bankruptcy petition; (v) to engage as Chief Restructuring Officer during any such Chapter 11 case Mr. Ross G. Honig to supervise and manage the operations of the Company and the restructuring of its debt and its equity, as appropriate, said engagement to be on such terms and conditions as may be mutually acceptable; and (vi) to execute such further documents and do such further acts as are necessary or appropriate with respect to the foregoing, including the filing of any petition or motion for relief under any other chapter of the Bankruptcy Code; the execution of any document or the doing of any act by me in connection with such proceedings to be conclusively presumed to be authorized by the Agreement.

IN WITNESS WHEREOF, on behalf of the Company, I have hereunder set my hand this 16TH of March 2010.

TOTAL WASTE LOGISTICS LLC

By: _____
Peter Hornick
Manager

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Delaware

In re  Total Waste Logistics LLC
Debtor(s)

Case No. _____

Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Coppola Corporation<br>409 S. Hubbard Road<br>Lowellville, OH 44436 | Joseph Coppola<br>Coppola Corporation<br>409 S. Hubbard Road<br>Lowellville, OH 44436<br>330-718-0072 | Trade | Contingent<br>Disputed | 360,019.47 |
| First Insurance Funding Corp.<br>450 Skokie Boulevard<br>Suite 1000<br>PO Box 3306<br>Northbrook, IL 60065-3306 | Billing Department<br>First Insurance Funding Corp.<br>450 Skokie Boulevard<br>Suite 1000<br>Northbrook, IL 60065-3306<br>800-837-3707; Fax: 800-837-3709 | Trade | | 45,484.69 |
| Ohio EPA<br>Dept. L-2711<br>Columbus, OH 43260-2711 | Billing Dept.<br>Ohio EPA<br>Dept. L-2711<br>Columbus, OH 43260-2711<br>614-644-2621 | Gov't Fees | | 21,459.10 |
| Evergreen - UNI<br>6140 Parkland Boulevard<br>Suite 300<br>Cleveland, OH 44124 | Kathy Price<br>Evergreen - UNI<br>6140 Parkland Boulevard<br>Suite 300<br>Cleveland, OH 44124<br>440-995-5100; Fax: 440-995-5101 | Trade | | 19,030.06 |
| URS<br>PO Box 116183<br>Atlanta, GA 30368-6183 | Michael Stepic<br>URS<br>PO Box 116183<br>Atlanta, GA 30368-6183<br>330-836-9111 | Trade | | 15,914.81 |
| Clark Enterprises<br>356 Old Route 8<br>Grove City, PA 16127-8710 | Jack Clark<br>Clark Enterprises<br>356 Old Route 8<br>Grove City, PA 16127-8710<br>814-786-7952 | Trade | | 13,117.68 |
| Shook Brothers Inc.<br>17500 Heiser Road<br>Berlin Center, OH 44401 | Accounts Receivable<br>Shock Brothers Inc.<br>17500 Heiser Road<br>Berlin Center, OH 44401<br>330-547-5101 | Trade | | 10,582.04 |

B4 (Official Form 4) (12/07) - Cont.
In re  Total Waste Logistics LLC
Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Citizens Automobile Finance Co.<br>PO Box 42113<br>Providence, RI 02901 | Customer Service<br>Citizens Automobile Finance Co.<br>PO Box 42113<br>Providence, RI 02901<br>877-265-3278 | Auto Loan | | 10,176.08 |
| Pipelines Inc.<br>PO Box 76930<br>Cleveland, OH 44101-6500 | Accounts Receivable<br>Pipelines Inc.<br>PO Box 76930<br>Cleveland, OH 44101-6500<br>330-386-3646 | Trade | | 9,539.69 |
| Leake Oil Company, Inc.<br>PO Box 86<br>East Palestine, OH 44413 | Butch Leake<br>Leake Oil 1274<br>PO Box 86<br>East Palestine, OH 44413<br>330-426-2657 | Trade | | 6,963.03 |
| CalOhio Lube Products Co.<br>PO Box 245<br>North Lima, OH 44452 | Accounts Receivable<br>Cal Ohio Lube<br>PO Box 245<br>North Lima, OH 44452<br>330-549-2179 | Trade | | 4,724.34 |
| Walter Haverfield LLP<br>The Tower at Erieview<br>1301 E. Ninth Street<br>Suite 3500<br>Cleveland, OH 44101 | Michael Cyphert<br>Walter Haverfield LLP<br>The Tower at Erieview<br>1301 E. Ninth Street, Suite 3500<br>Cleveland, OH 44101<br>216-781-1212; Fax: 216-575-0911 | Trade | | 4,518.20 |
| R&M Landscaping<br>PO Box 117<br>Decatur, IN 46733 | Accounts Receivable<br>R&M Landscaping<br>PO Box 117<br>Decatur, IN 46733<br>260-724-7049 | Trade | | 4,000.00 |
| Columbiana County Treasurer<br>105 S. Market Street<br>Suite 8<br>Lisbon, OH 44432-1234 | Nicholas Barborak<br>Columbiana County Treasurer<br>105 S. Market Street<br>Suite 8<br>Lisbon, OH 44432-1234<br>330-424-9515; Fax: 330-424-4064 | Tax | | 3,752.15 |
| Waste Management<br>PO Box 13648<br>Philadelphia, PA 19101 | Accounts Receivable<br>Waste Management<br>PO Box 13648<br>Philadelphia, PA 19101<br>877-387-9542 | Trade | | 3,450.41 |
| Belle Tire<br>PO Box 641612<br>Detroit, MI 48264 | Accounts Receivable<br>Belle Tire<br>PO Box 641612<br>Detroit, MI 48264<br>440-735-0800 | Trade | | 1,936.27 |

B4 (Official Form 4) (12/07) - Cont.
In re   Total Waste Logistics LLC
                            Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Cintas<br>PO Box 2778<br>North Canton, OH 44720 | Accounts Receivable<br>Cintas<br>PO Box 2778<br>North Canton, OH 44720<br>877-600-1990 | Trade | | 1,583.73 |
| Romar Industrial Services<br>168 Westec Drive<br>Mount Pleasant, PA 15666 | Accounts Receivable<br>Romar Industrial Services<br>168 Westec Drive<br>Mount Pleasant, PA 15666<br>724-226-1600 | Trade | | 1,062.16 |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **March 16, 2010**                     Signature  **/s/ Peter Hornick**
                                                        **Peter Hornick**
                                                        **Manager**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.